# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| TOPDOWN LICENSING LLC, <br><br> *Plaintiff*, <br><br> v. <br><br> VTECH ELECTRONICS NORTH AMERICA, LLC. <br><br> *Defendant*. | Civil Action No. 1:22-cv-05387 <br><br> Honorable John F. Kness <br><br> **JURY TRIAL DEMANDED** <br><br> **PATENT CASE** |

## DEFENDANT'S MOTION TO DISMISS UNDER FED. R. CIV. P. 12 PURSUANT TO 35 U.S.C. § 101

Pursuant to FED. R. CIV. P. 12(b)(6), Defendant VTech Electronics North America, LLC ("VTech" or "Defendant") hereby move to dismiss the Complaint (Dkt. 1) brought by Plaintiff Topdown Licensing LLC ("Topdown" or "Plaintiff") for failure to state a claim upon which relief can be granted because the asserted patent does not meet the eligibility requirements of 35 U.S.C. § 101. For the reasons detailed in Defendant's Memorandum of Law filed concurrently herewith, VTech respectfully requests that this Court dismiss the Complaint with prejudice for failure to state a claim upon which relief can be granted.

Dated: November 28, 2022                     Respectfully submitted,


                                             */s/ James R. Nuttall*
                                             James R. Nuttall
                                             Katherine H. Johnson
                                             Candice J. Kwark
                                             **STEPTOE & JOHNSON LLP**
                                             227 West Monroe Street, Suite 4700
                                             Chicago, IL 60606
                                             Tel: (312) 577-1300
                                             Fax: (312) 577-1370
                                             jnuttall@steptoe.com
                                             kjohnson@steptoe.com
                                             ckwark@steptoe.com

                                             *Attorneys for VTech Electronics North America, LLC*

## **CERTIFICATE OF SERVICE**

I hereby certify that on November 28, 2022, a true and correct copy of the foregoing was filed electronically with the Clerk of the Court using CM/ECF which will send electronic notification of such filings to all registered counsel.

*/s/ James R. Nuttall*
James R. Nuttall
