## UNITED STATES DISTRICT COURT
### FOR THE Northern District of Illinois – CM/ECF NextGen 1.6.3
### Eastern Division

Topdown Licensing LLC

                Plaintiff,

v.                                     Case No.: 1:22−cv−05387
                                          Honorable John F. Kness

VTech Electronics North America, L.L.C.

                Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Wednesday, December 21, 2022:

      MINUTE entry before the Honorable John F. Kness: Plaintiff's Agreed Motion for extension of time [18] is granted. Plaintiff must respond to Defendant's motion to dismiss or file an amended complaint on or before 1/2/2023. Mailed notice(ef, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.